## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
### Richmond Division

| | | | |
|---|---|---|---|
| **In re:** | **Jennifer Lynn Morris** | ) | |
| | | ) | **Case No. 3:10-bk-30187** |
| | **Debtors.** | ) | |
| | | ) | **Chapter 7** |
| **SSN:** | **xxx-xx-1023** | ) | |
| | | ) | |
| **Address:** | **10402 Antwerp Rd.** | ) | |
| | **N. Chesterfield, VA 23235** | ) | |
| | | ) | |
| **Jennifer Lynn Morris** | | ) | |
| **Plaintiff** | | ) | |
| | | ) | |
| **v.** | | ) | **AP No. 3:24-AP-3017** |
| | | ) | |
| **Virginia Credit Union NKA Virginia** | | ) | |
| **Federal Credit Union** | | ) | |
| | | ) | |
| | **Defendants.** | ) | |

<u>STIPULATION OF DISMISSAL AS TO VIRGINIA CREDIT UNION NKA VIRGINIA FEDERAL</u>

<u>CREDIT UNION</u>

COMES NOW the plaintiff, by counsel, and VIRGINIA CREDIT UNION, Inc NKA Virginia Federal Credit Union and STIPULATES that this matter is DISMISSED WITH PREJUDICE as to Virginia Credit Union, Inc NKA Virginia Federal Credit Union pursuant to FRBP 7041(A)(1)(a)(ii).  Each party shall bear its own costs and expenses.

| Jennifer Lynn Morris | Virgina Credit Union, Inc NKA Virginia Federal Credit Union |
|---|---|
| BY COUNSEL: /s/ Jason M. Krumbein, Esq. | /s/ P. Matthew Roberts. Esq. |
| Jason M. Krumbein, Esq. VSB 43538 | P. Matthew Roberts. Esq. VSB#70259 |
| Counsel for the Debtor(s) in Bankruptcy | Nguyen Ballato, PC |
| 10307 W. Broad St. Suite 293 | 2201 Libbie Ave |
| Glen Allen, VA 23060 | Richmond, VA 23230 |
| Tel: 804.592.0792 Fax: 804.823.2565 | Tel: 804-299-2265 Fax: 804-433.1075 |
| jkrumbein@krumbeinlaw.com | MRoberts@NBLawPLC.com |

## Certificate of Endorsement

I certify that all necessary parties have endorsed the foregoing order pursuant to LBR 9022-1


/s/ Jason M. Krumbein, Esq.
Jason M. Krumbein, Esq. VSB 43538
Counsel for the Debtor(s) in Bankruptcy
10307 W. Broad St. Suite 293
Glen Allen, VA 23060
Tel: 804.592.0792 Fax: 804.823.2565
jkrumbein@krumbeinlaw.com

SERVICE LIST

BY ECF:
Jason M. Krumbein, Esq. Counsel for Plaintiff

By US MAIL:

P. Matthew Roberts. Esq., Counsel for VACU
Nguyen Ballato, PC
2201 Libbie Ave
Richmond, VA 23230

Jennifer L. Morris, Debtor, Plaintiff
10402 Antwerp Rd
N. Chesterfield, VA 23235